IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

MICHAEL PRUITT, #258430,      )
                              )
    Plaintiff,                )
                              )
v.                            )   CASE NO.  2:08-cv-510-TMH
                              )            WO
RICHARD ALLEN, ADOC Prison    )
Commissioner,                 )
                              )
    Defendant.                )

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #7) to the Supplemental Recommendation of the Magistrate Judge filed on August 13, 2008 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #4) filed on July 3, 2008 and Supplemented (Doc. #6) on July 29, 2008 are adopted;

3. Plaintiff's *respondeat superior* and equal protection claims, as discussed in the Supplemental Recommendation, are DISMISSED prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B).

4. Plaintiff's complaint is DISMISSED prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i).

DONE this 29th day of October, 2008.

/s/ Truman M. Hobbs

TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE